# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                         Plaintiff,

v.

ROBERT K. LOVE,

                         Defendant.

Case No. 22-CR-75-1-JPS

**ORDER**

On February 28, 2023, the Government filed a twelve-count Second Superseding Indictment, naming Defendant in all counts and charging him with violations of 18 U.S.C. § 371 (Count One), 18 U.S.C. §§ 922(u), 924(i)(1), and 2(a) (Counts Two and Four), 18 U.S.C. §§ 922(n) and 924(a)(1)(D) (Counts Three and Five), 18 U.S.C. §§ 1951(a) and 2(a) (Counts Six and Eight), 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2(a) (Counts Seven and Nine), 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Count Ten), 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Count Eleven), and 18 U.S.C. § 1001(a)(2) (Count Twelve). ECF No. 58.

On December 6, 2023, the parties filed a plea agreement, indicating Defendant intended to plead guilty to Counts Two, Six, Seven, and Eight of the Second Superseding Indictment. ECF No. 178. The plea agreement further indicated that the Government would move to dismiss the remaining counts in the Second Superseding Indictment as to Defendant at the time of sentencing. *Id.* at 6.

The parties appeared before Magistrate Judge William E. Duffin on December 22, 2023 to conduct a plea colloquy pursuant to Federal Rule of

Criminal Procedure 11. ECF No. 180. Defendant entered a plea of guilty as to Counts Two, Six, Seven, and Eight of the Second Superseding Indictment. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 182. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 182, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 8th day of January, 2024.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge